Date: 10/06/10  **DIVIDENDS REMITTED TO THE COURT**  Page: 1

Case Number 09-16862 - GUERRY-DAY, MICHELLE R

#151099

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | 000001 | 561.65 | 2.25 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000011 | 188.36 | 0.75 |
| --------- Remittance Total --------- | | 750.01 | 3.00 |

LAUREN A. HELBLING, Trustee

FILED 2010 OCT -8 PM 3: 15 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND